**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **LATOSKI WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.:  3:25-cv-00818** |
| | ) |
| **CITY OF VALLEY ALABAMA,** | ) |
| **et al,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the Middle District of Alabama:

Defendants the City of Valley, Alabama, Leonard Riley and Reid Riley, respectfully state as follows:

A.      On September 5, 2025, an action was commenced against Defendants by the filing of a Complaint in the Circuit Court of Chambers County, Alabama. The Complaint was entitled "Latoski Williams v. CITY OF VALLEY ALABAMA, an Alabama municipality, LEONARD RILEY, an individual, REID RILEY, an individual, fictitious defendants A, B, and C, other tortfeasors and parties who participated in the torts discussed herein," Civil Action No. CV-2025-900109.00. (Exhibit A.)  Defendants City of Valley, Leonard Riley and Reid Riley were served with the Summons and Complaint on September 11, 2025, via USPS Certified Mail.

B.     In the Complaint, in Count 13, the Plaintiff alleges Defendants committed a "Violation of Due Process-Section 1983." (Exhibit A, p 18, Complaint.) Defendants, represented by undersigned counsel Robbie Alexander Hyde and Bart Harmon, seek removal of this case to the United States District Court for the Middle District of Alabama.

C.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331.  Therefore, this action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441. All Defendants consent to removal.

WHEREFORE, PREMISES CONSIDERED, Defendants the City of Valley, Alabama, Leonard Riley and Reid Riley respectfully file this Notice of Removal pursuant to 28 U.S.C. § 1446, removing this action from the Circuit Court of Chambers County, Alabama, to the United States District Court for the Northern Middle District of Alabama.

Respectfully submitted this 9th day of October, 2025.

**s/Robbie Alexander Hyde**
ROBBIE ALEXANDER HYDE (ALE023)
BART HARMON (HAR027)
Attorneys for Defendants
ALEXANDER HYDE, LLC
2138 Moore's Mill Road, Ste. A
Auburn, Alabama  36830
Telephone:  (334) 246-2333
Fax:  (334) 246-2334
robbie@alexanderhyde.com
bart@alexanderhyde.com

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have filed the foregoing with the Court electronically and served the foregoing Notice of Removal via electronic mail upon:

Austin Burdick
1020 Ninth Ave., SW
Bessemer, Alabama 35111
austin.burdick@gmail.com

and that I have filed the foregoing Notice of Removal via the AlaFile system for notice to the following:

Honorable Lisa Burdette
Chambers County Court Clerk
2 South Lafayette Street
Lafayette, Alabama 36862

on this the 9th day of October, 2025.

**<u>s/Robbie Alexander Hyde</u>**
OF COUNSEL

3